**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 371 EAL 2016
                                       :
           Respondent       :
                                       :     Petition for Allowance of Appeal from
                                       :     the Order of the Superior Court
            v.                    :
                                       :
                                       :
CHARLES SHIELDS,              :
                                       :
           Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.